# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

148864(22)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

               SC: 148864
               COA: 319447
               Chippewa CC: 12-000802-FC

CHAD ORVIN COOK,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's November 25, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015 _____



           Clerk

p0323